**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 19-1351**

---

CHERYL BELTON,

        Plaintiff - Appellant,

     v.

WEST MARINE, INC.,

        Defendant - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Rock Hill. Terry L. Wooten, Senior District Judge. (0:15-cv-00167-TLW)

---

Submitted: November 6, 2019                  Decided: January 30, 2020

---

Before WYNN and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Cheryl Belton, Appellant Pro Se. Phillip Arthur Kilgore, Greenville, South Carolina, Christopher Ray Thomas, OGLETREE DEAKINS NASH SMOAK & STEWART, PC, Columbia, South Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cheryl Belton appeals the district court's order denying relief on her Fed. R. Civ. P. 60(d)(3) motion. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. *Belton v. W. Marine, Inc.*, No. 0:15-cv-00167-TLW (D.S.C. Mar. 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*